IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK C. RUSSO, et al. | : | MDL 875 |
| v. | : | |
| AEROJET ROCKETDYNE, INC., et al. | : | CIVIL ACTION NO. 18-3024 |

**ORDER**

AND NOW, this 5th day of August, 2020, upon consideration of Plaintiffs' Motion to Compel Defendant Curtiss-Wright Corporation's Tendering of a Corporate Representative for a Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) and for Sanctions for Spoliation of Evidence and Various Other Discovery Violations (Doc. 303) (the "Motion"), defendant Curtiss-Wright Corporation's opposition thereto (Doc. 310), and plaintiffs' reply memorandum (Doc. 313), it is hereby

**ORDERED**

that plaintiffs' Motion is **GRANTED IN PART** to the extent that defendant shall conduct a search for: (1) the documentation that was salvaged from the dumpster by Curtiss-Wright employee Brian T. Barrett in 1994, and (2) the list of Curtiss-Wright products that allegedly contained asbestos referenced by Mr. Barrett in his 1997 deposition (hereinafter collectively referred to as the "Barrett Documents").  Within ten (10) days of the date of this Order, defendant shall submit a written report to the court and plaintiffs advising of the results of its search.  If defendant locates the Barrett Documents, defendant shall produce a copy to plaintiffs forthwith.  If defendant does not locate the Barrett Documents, defendant will provide to plaintiffs a sworn written response explaining in detail the steps taken to search for the documents and the results of the search.

Plaintiffs' Motion is **DENIED** in all other respects.

BY THE COURT:

\_\_/s/ Thomas J. Rueter_____
THOMAS J. RUETER
United States Magistrate Judge